# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION - RIVERSIDE

HILDA VANETTE ALEXANDER,

    Plaintiff,

  v.                               Civ. No. 5:18-cv-0195-KES

NANCY BERRYHILL,
ACTING COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

## ORDER AWARDING EQUAL ACCESS TO JUSTICE
## ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. §2412(d)

Based upon the parties' Joint Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of $7,500.00, as authorized by 28 U.S.C. §2412, and $400.00 to be paid from the Judgment Fund, be awarded subject to the terms of the Stipulation.

Dated: January 18, 2019

*Karen E. Scott*
Judge Karen E. Scott
United States Magistrate Judge